No. 73–631. HOWARD JOHNSON CO., INC. *v.* DETROIT LOCAL JOINT EXECUTIVE BOARD, HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION, AFL–CIO. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1091.] Motion of respondent for leave to file supplemental brief after argument granted.

No. 73–690. AIR POLLUTION VARIANCE BOARD OF COLORADO *v.* WESTERN ALFALFA CORP. Ct. App. Colo. [Certiorari granted, 414 U. S. 1156.] Motion of Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.

No. 73–781. SCHERK *v.* ALBERTO-CULVER CO. C. A. 7th Cir. [Certiorari granted, 414 U. S. 1156.] Motion of American Arbitration Assn. for leave to participate in oral argument as *amicus curiae* granted.

No. 73–1018. UNITED STATES *v.* MAZURIE ET AL. C. A. 10th Cir. [Certiorari granted, 415 U. S. 947.] Motion of Shoshone and Arapahoe Tribes of Wind River Indian Reservation, Wyoming, for leave to file a brief as *amici curiae* granted.

No. 73–1281. TONASKET ET AL. *v.* THOMPSON ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 73–711. CRYAN, SHERIFF, ET AL. *v.* HAMAR THEATRES, INC., ET AL. Appeal from D. C. N. J. Probable jurisdiction noted.

No. 73–130. ELLIS ET AL. *v.* DYSON ET AL. C. A. 5th Cir. Certiorari granted.